MELISSA HOLYOAK, United States Attorney (#9832)
PETE REICHMAN, Special Assistant United States Attorney (#15241)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 380-4678
Email: peterr@utahcounty.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.    2;26mj516 CMR |
| Plaintiff, | COMPLAINT |
| vs. | Count 1: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute |
| ANTONIO DE JESUS VELAZQUEZ-BERMUDEZ, | Count 2: 21 U.S.C. § 841(a)(1), Possession of Heroin with Intent to Distribute |
| Defendant. | Count 3: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (> 50 grams) |
| | Judge Cecilia M. Romero |

Before Judge Cecilia M. Romero, United States Magistrate Judge for the District of Utah,

appears the undersigned, who on oath deposes and says:

## COUNT 1
21 U.S.C. § 841(a)(1)
(Possession of Fentanyl with Intent to Distribute)

On or about June 16, 2026, in the District of Utah,

ANTONIO DE JESUS VELAZQUEZ-BERMUDEZ,

1

defendant herein, did knowingly and intentionally possess with intent to distribute Fentanyl, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 2
21 U.S.C. § 841(a)(1)
(Possession of Heroin with Intent to Distribute)

On or about June 16, 2026, in the District of Utah,

LUIS ALBERTO QUINONES SANCHEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute Heroin, a Schedule I controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about June 16, 2026, in the District of Utah,

LUIS ALBERTO QUINONES SANCHEZ,

defendant herein, did knowingly and intentionally possess with intent to distribute fifty (50) grams or more of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(B).

## **ELEMENTS**

The elements of Count 1, Possession of Fentanyl with Intent to Distribute, a violation of

21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Fentanyl, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the Fentanyl, he intended to distribute it.

The elements of Count 2, Possession of Heroin with Intent to Distribute, a violation of 21

U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Heroin, a Schedule I controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the Heroin, he intended to distribute it.

The elements of Count 3, Possession of Methamphetamine with Intent to Distribute, a

violation of 21 U.S.C. § 841(a)(1), are as follows:

1. The defendant possessed a mixture or substance containing Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812;

2. He did so knowingly and intentionally;

3. At the time the defendant possessed the mixture or substance containing Methamphetamine, he intended to distribute it; and

4. The amount of Methamphetamine he intended to distribute was 50 grams or more

## STATEMENT OF PROBABLE CAUSE

Complainant, Brett Taylor, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1.      I am a Special Agent with the Federal Bureau of Investigations (FBI) and have been since February 2022. I am currently assigned to the FBI Wasatch Metro Drug Task Force (WMDTF), specializing in narcotics investigations.

2.      On June 16, 2026, law enforcement executed a search warrant at a residence in West Valley City, Utah.  During the execution of the search warrant, Antonio De Jesus Velazquez-BERMUDEZ was identified and located in a detached living structure in the backyard of the residence. BERMUDEZ was the only person living in the detached living structure.

3.      A search of the detached living structure revealed approximately 37 grams of fentanyl pills (field-tested positive), 46 grams of heroin (field-tested positive), and 237 grams of methamphetamine (field-tested positive). Each drug was pre-packaged and separated into smaller quantities, which in my training and experience indicate that it had been prepared for distribution.

4.      Detectives also found a phone on BERMUDEZ's bed, which was the only phone found in the room. A cursory search of the phone showed a WhatsApp conversation between the user of the phone and a Mexico based phone number. In that conversation thread, BERMUDEZ was directed to meet locations, given customer names, dollar amounts, and quantity of drugs to sell. Detectives also found photographs and videos of drugs laid out on the bed in the room, which were sent to someone after being asked in a thread, how much he had left.

4

5. When asked about the drugs, BERMUDEZ stated that he was forced to come to the United States to work but would not acknowledge what "work" meant. In my training and experience, "work" meant selling the drugs that detectives found in his bedroom.

6. Based on training and experience, I know that the quantity of fentanyl, heroin, and methamphetamine seized from BERMUDEZ are consistent with distribution as opposed to personal use.

7. Based on the foregoing information, I respectfully request an arrest warrant be issued for BERMUDEZ for violations of 21 U.S.C. § 841(a)(1), Possession of Fentanyl, Heroin, and Methamphetamine, each with Intent to Distribute.

/s/ *Brett Taylor*

_____

Brett Taylor
Special Agent
Federal Bureau of Investigations

SUBSCRIBED AND SWORN TO BEFORE ME this 18th day of June 2026.

_____
Judge Cecilia M. Romero
United States Magistrate Judge

APPROVED AS TO FORM:

MELISSA HOLYOAK
United States Attorney

/s/ *Peter Reichman*
Peter Reichman
Special Assistant United States Attorney

5